IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSE ARMANDI COLON,
   Petitioner,

v.

DAVID DIGUGLIELMO, ET AL.,
   Respondent.

CIVIL ACTION

NO: 05-4343

FILED
JUL 16 2007
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER

AND NOW, this 12th day of July, 2007, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, after review of the Report and Recommendation of United States Magistrate Judge M. Faith Angell and there being no objections filed to the Report and Recommendation, **IT IS HEREBY ORDERED and DECREED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**.

2. The petition for a writ of habeas corpus is **DENIED and DISMISSED WITH PREJUDICE AS TIME BARRED**.

3. There is no probable cause for the issuance of a certificate of appealability.

4. The Clerk of the Court shall mark the above-captioned case as **CLOSED**.

BY THE COURT:

_____
**Honorable Petrese B. Tucker, U.S.D.J.**